F. THOMAS EDWARDS ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 7862
E-mail: apernsteiner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY COLSON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BULOW HOLDINGS, LLC, a Delaware limited liability company; and, OSSUR AMERICAS, INC., a California corporation;<br><br>Defendants. | CASE NO.: 2:22-cv-1950-APG-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE AND SERVE THEIR ANSWER OR OTHER RESPONSE TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Jimmy Colson ("Plaintiff") and Defendants Bulow Holdings, LLC and Ossur Americas, Inc. ("Defendants") state the following:

1. The Complaint was filed on October 20, 2022, and the Court issued Summonses for Bulow Holdings, LLC and Ossur Americas, Inc. on or around October 20, 2022.

2. Defendants Bulow Holdings, LLC and Ossur Americas, Inc. were served with a copy of the Summons and Complaint on October 25, 2022 and October 26, 2022 respectively.

3. Because Defendants have only recently retained counsel and require time to investigate the Complaint's allegations, in addition to the Thanksgiving holiday wherein counsel for Defendants was out of office traveling, good cause exists and the parties agree and respectfully request a short extension of time to allow Defendants Bulow Holdings, LLC and Ossur Americas, Inc., currently scheduled for November 28, 2022, until and including **December 12, 2022** to file and serve their respective answers or other responses to the Complaint.

1     4.    The other deadlines in this case are not affected by this stipulation. This is the first stipulation for the extension of time for Defendants Bulow Holdings, LLC and Ossur Americas, Inc. to file their answer or other response in response to the Complaint.

Dated: this 28th day of November 2022

**IT IS SO AGREED AND STIPULATED:**

| SPENCER FANE LLP | HOLLY DRIGGS |
|---|---|
| By: /s/ Ayesha Mehdi <br> Ayesha Mehdi, Esq. <br> 300 S. 4th Street, Suite 950 <br> Las Vegas, NV 89101 <br> Tel. (702) 408-3400 <br> Email: amehdi@spencerfane.com <br> *Attorneys for Plaintiff* | By: /s/ F. Thomas Edwards <br> F. Thomas Edwards, Esq. <br> Adam J. Pernsteiner, Esq. <br> 300 South Fourth Street, Suite 1600 <br> Las Vegas, NV 89101 <br> Email: tedwards@nevadafirm.com <br> Email: apernsteiner@nevadafirm.com <br><br> *Attorneys for Defendants Bulow Holdings, LLC and Ossur Americas, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 29, 2022