F. THOMAS EDWARDS ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 7862
E-mail: apernsteiner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone:702/791-0308

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY COLSON, an individual; | |
| Plaintiff, | CASE NO.: 2:22-cv-1950-APG-BNW |
| v. | |
| BULOW HOLDINGS, LLC, a Delaware limited liability company; and, OSSUR AMERICAS, INC., a California corporation; | |
| Defendants. | |

## STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS

## (FIRST REQUEST)[1]

WHEREAS, on October 20, 2022, Plaintiff Jimmy Colson ("Plaintiff") commenced this action in the Eighth Judicial District Court for Clark County, Nevada against Defendants, Bulow Holdings, LLC and Ossur Americas, Inc. ("Defendants");

WHEREAS, on November 18, 2022, Defendants removed the action to this Court;

WHEREAS, the parties have agreed to mediate their dispute and are currently arranging a mediation;

---

[1] The parties previously submitted a Stipulation and [Proposed] Order Extending the Time for Defendants to File and Serve Their Answer or Other Response to the Complaint [ECF No. 5], but this prior stipulation only pertained to the deadline for Defendants to respond to Plaintiff's Complaint.  The Court adopted this stipulation and issued the Stipulation and Order Extending the Time for Defendants to File and Serve Their Answer or Other Response to the Complaint [ECF No. 6] on November 29, 2022.

314196174.2

WHEREAS, incurring additional litigation costs will reduce the parties' available resources and, by extension, reduce the likelihood of the parties resolving their dispute through mediation;

WHEREAS, in the interests of focusing the parties' resources on the planned mediation and preserving judicial resources, the parties wish to stay all further proceedings in this matter, including but not limited to responses to the complaint, discovery, motions practice, and case management conferences; and

WHEREAS, the case is at its very inception and the short stay of further proceedings at this early stage will not result in any undue delay and will instead preserve resources, overall judicial economy, and improve the chances of an early resolution.

IT IS HEREBY STIPULATED AND AGREED, by the parties, through undersigned counsel, pursuant to LR IA 6-1, 6-2, and LR 7-1, and subject to the approval of the Court, that:

1.  All proceedings in this action shall be stayed, including responses to the complaint, discovery, motions practice, and case management conferences, pending further order of the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

314196174.2

2.     The parties shall use best efforts to secure a setting for the mediation of claims, and shall pursue the resolution of all disputes in good faith.

3.     The parties shall file a joint status report within 60 days of the entry of this order.

Dated: this 8th day of December 2022

**IT IS SO AGREED AND STIPULATED:**

SPENCER FANE LLP

By: /s/ Ayesha Mehdi
Ayesha Mehdi, Esq.
300 S. 4th Street, Suite 950
Las Vegas, NV 89101
Tel. (702) 408-3400
Email: amehdi@spencerfane.com
*Attorneys for Plaintiff*

HOLLY DRIGGS

By: /s/ Adam J. Pernsteiner
F. Thomas Edwards, Esq.
Adam J. Pernsteiner, Esq.
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
Email: tedwards@nevadafirm.com
Email: apernsteiner@nevadafirm.com

*Attorneys for Defendants Bulow Holdings, LLC and Ossur Americas, Inc.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 9, 2022

314196174.2