F. THOMAS EDWARDS ESQ.
Nevada Bar No. 9549
E-mail: tedwards@nevadafirm.com
ADAM J. PERNSTEINER, ESQ.
Nevada Bar No. 7862
E-mail: apernsteiner@nevadafirm.com
HOLLEY DRIGGS
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702/791-0308

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY COLSON, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BULOW HOLDINGS, LLC, a Delaware limited liability company; and, OSSUR AMERICAS, INC., a California corporation;<br><br>Defendants. | CASE NO.: 2:22-cv-1950-APG-BNW<br><br>**JOINT STATUS REPORT AND STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAY OF ALL PROCEEDINGS**<br><br>**(FIRST REQUEST)**[1] |

Pursuant to the Court's prior Order to Stay All Proceedings [ECF No. 9] dated December 9, 2022, which directed the parties to submit a joint status report within 60 days of the entry of the Order, Plaintiff Jimmy Colson ("Plaintiff") and Defendants Bulow Holdings, LLC and Ossur Americas, Inc. ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby state the following:

**PROCEDURAL BACKGROUND**

1. On October 20, 202, Plaintiff commenced this action in the Eighth Judicial District Court for Clark County, Nevada against Defendants.

---

[1] The Parties previously submitted a Stipulation and Proposed Order to Stay All Proceedings [ECF No. 8], which was granted and adopted by the Court in its Order to Stay All Proceedings [ECF No. 9] on December 9, 2022.  This is the first request to continue the stay of these proceedings pending the outcome of the Parties' mediation.

1  2.	On November 18, 2022, Defendants removed the action to this Court.

2  3.	On November 28, 2022, the Parties filed a Stipulation and [Proposed] Order Extending Time for Defendants to File and Serve Their Answer or Other Response to the Complaint [ECF No. 5], which was adopted and granted by the Court in its subsequent Order [ECF No. 6] of November 29, 2022.

4.	On December 8, 2022, the Parties submitted a Stipulation and [Proposed] Order to Stay All Proceedings [ECF No. 8] pending the scheduling and outcome of a planned mediation between the Parties.

5.	On December 9, 2022, the Court adopted the stipulation and issued its Order to Stay All Proceedings [ECF No. 9].  In its Order, the Court further directed that the Parties submit a joint status report within 60 days of the entry of the Order.

## STATUS OF PENDING MEDIATION

Since the staying of these proceedings, the Parties have been engaged in good faith planning discussions to select a mutually agreeable mediator and mediation date.  The Parties have now concluded these planning discussions with one another and, as a result, the Parties have agreed to attend a mediation on March 2, 2023 at JAMS in Las Vegas before the Honorable Phillip M. Pro (Ret.).

In light of the above, the Parties respectfully wish to continue the stay of these proceedings pending the outcome of the scheduled mediation on March 2, 2023.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by the parties, through undersigned counsel, pursuant to LR IA 6-1, 6-2, and LR 7-1, and subject to the approval of the Court, that:

1. All proceedings in this action remain stayed, including responses to the complaint, discovery, motion practice, and case management conferences, pending further order of the Court; and

2. The Parties shall file a joint status report by Friday March 31, 2023.

Dated this 7th day of February 2023

**IT IS SO AGREED AND STIPULATED**

| | |
|---|---|
| SPENCER FANE LLP | HOLLY DRIGGS |
| By: /s/ Ayesha Mehdi<br>Ayesha Mehdi, Esq.<br>300 S. 4th Street, Suite 950<br>Las Vegas, NV 89101<br>Tel. (702) 408-3400<br>Email: amehdi@spencerfane.com<br>*Attorneys for Plaintiff* | By: /s/ Adam J. Pernsteiner<br>F. Thomas Edwards, Esq.<br>Adam J. Pernsteiner, Esq.<br>300 South Fourth Street, Suite 1600<br>Las Vegas, NV 89101<br>Email: tedwards@nevadafirm.com<br>Email: apernsteiner@nevadafirm.com<br><br>*Attorneys for Defendants Bulow Holdings, LLC and Ossur Americas, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 8, 2023