UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY COLSON, | Case No.: 2:22-cv-01950-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| BULOW HOLDINGS, LLC, | |
| Defendant | |

On October 2, 2023, I granted the parties' stipulation to stay this case and the parties would file a status report by November 28, 2023. ECF No. 21.  The parties did not file a status report and have taken no further action in this case.

I THEREFORE ORDER that by February 2, 2024, the parties shall file a joint status report regarding whether the stay should be lifted.

DATED this 8th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE