1  Eric D. Walther, Esq.
   Nevada Bar No. 13611
2  Madyson B. Bathke, Esq.
   Nevada Bar No. 16192
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
4  Las Vegas, Nevada 89106-4614
   Telephone:    702.382.2101
5  Facsimile:    702.382.8135
   ewalther@bhfs.com
6  mbathke@bhfs.com

7  *Attorneys for Defendants*

8

9                  **UNITED STATES DISTRICT COURT**

10                     **DISTRICT OF NEVADA**

11

12  JIMMY COLSON, an individual;              CASE NO. 2:22-cv-1950-APG-BNW

13              Plaintiff,

14       v.
                                             **SUBSTITUTION OF ATTORNEY**
15  BULOW HOLDINGS, LLC, a Delaware
    limited liability company; and OSSUR
16  AMERICAS, INC., a California corporation;

17              Defendants.

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

1

## SUBSTITUTION OF ATTORNEY

2   Defendants BULOW HOLDINGS, LLC and OSSUR AMERICAS, INC., hereby substitute

3   ERIC D. WALTHER, ESQ. and MADYSON B. BATHKE, ESQ., of the law firm of

4   BROWNSTEIN HYATT FARBER SCHRECK, LLP, 100 North City Parkway, Suite 1600, Las

5   Vegas, Nevada 89106, (702) 382-2101, ewalther@bhfs.com, mbathke@bhfs.com, as attorney of

6   record in place and stead of: F. THOMAS EDWARDS, ESQ. and ADAM J. PERNSTEINER,

7   ESQ., of the law firm of Holley Driggs.

8

DATED this 7th day of August, 2024.                    *Alexander Coffin*

9
                                                       Agent and/or representative of
10   I consent to the above substitution.              OSSUR AMERICAS, INC.
                                                       BULOW HOLDINGS, LLC
11

12   DATED this 7 day of August, 2024.

13                                                      F. THOMAS EDWARDS, ESQ.
                                                        ADAM J. PERNSTEINER, ESQ.
14                                                      Holley Driggs

     I am duly admitted to practice in this District.
15
     Above substitution accepted.
16
     DATED this 7th day of August, 2024.
17
                                                        ERIC D. WALTHER, ESQ.
18                                                      MADYSON B. BATHKE, ESQ.
                                                        Brownstein Hyatt Farber Schreck, LLP
19

20   Please check one: _X_ RETAINED, or ___ APPOINTED BY THE COURT.

21

22                                    **APPROVED:**

23

24   DATED this _8_ day of _August_, 2024.

25

26

27                                    UNITED STATES MAGISTRATE JUDGE

28

- 2 -