# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY COLSON, | Case No.: 2:22-cv-01950-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| BULOW HOLDINGS, LLC and OSSUR AMERICAS, INC., | |
| Defendants | |

I ORDER that by May 16, 2025, the parties shall provide a status report regarding arbitration.

DATED this 1st day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE