Ayesha R. Mehdi, Esq.
Nevada Bar No. 13917
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: amehdi@spencerfane.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JIMMY COLSON, an individual;<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BULOW HOLDINGS, LLC, a Delaware limited liability company; and, OSSUR AMERICAS, INC., a California corporation;<br><br>　　　　　Defendants. | CASE NO.: 2:22-cv-1950-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　　Plaintiff JIMMY COLSON ("Plaintiff") and Defendants BULOW HOLDINGS, LLC and OSSUR AMERICAS, INC. ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

　　1.　The underlying issues that form the basis for this above-captioned action have been fully and finally resolved through Binding Arbitration.

　　2.　Based on this full resolution, the Plaintiff seeks the Court to dismiss this docketed matter with prejudice;

　　3.　Each party to bear its own fees and costs; and

　　4.　Plaintiff and Defendants respectfully request the Court direct the clerk to close this case and remove it from the Court's docket.

/ / /

/ / /

1  **IT IS SO STIPULATED.**

Dated this 14th day of May, 2025.

| | |
|---|---|
| SPENCER FANE LLP | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| By: /s/ *Ayesha Mehdi*<br>Ayesha Mehdi, Esq.<br>300 S. 4th Street, Suite 1600<br>Las Vegas, NV 89101<br>Tel. (702) 408-3400<br>Email: amehdi@spencerfane.com<br>*Attorneys for Plaintiff* | By: /s/ *Eric D. Walther*<br>Eric D. Walther, Esq.<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106<br>Email: ewalther@bhfs.com<br>*Attorneys for Defendants Bulow Holdings, LLC and Ossur Americas, Inc.* |

IT IS SO ORDERED:

Dated:  May 15, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:
**SPENCER FANE LLP**

By: */s/ Ayesha Mehdi*
Ayesha Mehdi, Esq. (NBN 13917)
300 S. Fourt Street, Suite 1600
Las Vegas, NV 89101
Tel. (702) 408-3400
Email: amehdi@spencerfane.com

*Attorneys for Plaintiff*
*Jimmy Colson*